UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

DSV ROAD, INC.

    Plaintiff,

vs.

CME WIRE & CABLE, INC.

    Defendant.
_____/

CASE NO.: 4:18-cv-3498

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, DSV ROAD, INC., by and through its undersigned attorneys and in accordance with Federal Rule of Civil Procedure 41(a)(1)(i), and files this, its Notice of Dismissal with Prejudice of the instant action.

Dated: November 20, 2018

                Respectfully submitted,

                **SPECTOR RUBIN, P.A.**

By:   /s/ *Andrew Spector*
       Andrew R. Spector, Esq.
       Texas Bar No.: 788801
       3250 Mary Street, Suite 405
       Miami, Florida 33133
       Tel: 305.537.2000
       Fax: 305.537.2001
       Andrew.spector@spectorrubin.com
       *Attorneys for Plaintiff, DSV ROAD, INC.*