United States District Court
Southern District of Texas
**ENTERED**
November 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DSV ROAD, INC.,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-3498 |
| § | |
| **CME WIRE & CABLE, INC.,** § | |
| § | |
| Defendant. § | |

### ORDER

The Plaintiff in this case has filed a Stipulation of Dismissal with Prejudice (Doc. No. 8). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of November, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE